**No. 09-8478. Frederick L. Pitchford, Petitioner v. Southland Gaming and Racing, et al.**

559 U.S. 982, 130 S. Ct. 1710, 176 L. Ed. 2d 197, 2010 U.S. LEXIS 2113.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 333 Fed. Appx. 138.

**No. 09-8486. Robert Foxworth, Petitioner v. Peter St. Amand, Superintendent, Massachusetts Correctional Institution at Cedar Junction.**

559 U.S. 982, 130 S. Ct. 1710, 176 L. Ed. 2d 197, 2010 U.S. LEXIS 2063.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 570 F.3d 414.

**No. 09-8487. Wells Holland, Petitioner v. Renee Holland.**

559 U.S. 982, 130 S. Ct. 1711, 176 L. Ed. 2d 197, 2010 U.S. LEXIS 2129,

March 1, 2010. Petition for writ of certiorari to the Court of Appeals of South Carolina denied.

**No. 09-8488. Victor Scroggins, Petitioner v. Matthew Davis, et al.**

559 U.S. 982, 130 S. Ct. 1711, 176 L. Ed. 2d 197, 2010 U.S. LEXIS 2180.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 346 Fed. Appx. 504.

**No. 09-8493. Michael Wayne Goldston, Jr., Petitioner v. North Carolina.**

559 U.S. 982, 130 S. Ct. 1711, 176 L. Ed. 2d 197, 2010 U.S. LEXIS 2041.

March 1, 2010. Petition for writ of certiorari to the Court of Appeals of North Carolina denied.

Same case below, 194 N.C. App. 373, 671 S.E.2d 595.

**No. 09-8496. Edward Jerome Hopkins, Petitioner v. United States.**

559 U.S. 982, 130 S. Ct. 1711, 176 L. Ed. 2d 197, 2010 U.S. LEXIS 2120.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8504. Thresa Lynn Williams, Petitioner v. University of Alabama Hospital at Burlington.**

559 U.S. 982, 130 S. Ct. 1711, 176 L. Ed. 2d 197, 2010 U.S. LEXIS 2118.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 353 Fed. Appx. 397.

**No. 09-8510. Larod Franklin, Petitioner v. Illinois.**

559 U.S. 982, 130 S. Ct. 1711, 176 L. Ed. 2d 197, 2010 U.S. LEXIS 2034.

March 1, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 391 Ill. App. 3d 1117, 367 Ill. Dec. 837, 982 N.E.2d 987.